UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RYAN PATRICK KOLSTAD,
Plaintiff.

v.

CITY OF SAN JOSE, et al.,
Defendants.

Case No.5:26-cv-05234-PCP

**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

Re: Dkt. No. 2

Plaintiff has filed an Application to Proceed *In Forma Pauperis*. Having considered the application and complaint, the Court hereby **GRANTS** Plaintiff's application. The Court has also screened plaintiff's complaint pursuant to 28 U.S.C. § 1915(e)(2) and concludes that service of plaintiff's complaint is warranted. Accordingly, the Clerk of Court shall issue the summons and the U.S. Marshal for the Northern District of California shall serve, without prepayment of fees, a copy of the complaint, any amendments or attachments, plaintiff's affidavit, and this order upon defendants.

While this case is pending, plaintiff must promptly inform the Court of any change of address. Failure to do so may result in dismissal of this action.

**IT IS SO ORDERED.**

Dated: July 23, 2026

P. CASEY PITTS
United States District Judge